United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael George Schwentner
Joy N. Schwentner
    Debtors

Case No. 16-11037-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Oct 25, 2016
                     Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.

```
db/jdb         Michael George Schwentner,    Joy N. Schwentner,    4285 Scheidys Road,
                 Whitehall, PA 18052-1918
cr            +Bank Of America, N.A., et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr            +Embassy Bank for the Lehigh Valley,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,
                 7535 Windsor Drive,    Suite 200,    Allentown, PA 18195-1042
cr             Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             E-mail/Text: assignedrisk@ameriserv.com Oct 26 2016 02:04:22     Ameriserv Financial Bank,
                 P O Box 520,    Johnstown, PA  15907-0520
cr             E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 01:55:08      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:

```
              BRIAN M. KILE    on behalf of Creditor    Ameriserv Financial Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              DANIELLE  BOYLE-EBERSOLE     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank National Association et al debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JACK M. SEITZ    on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

```
                 UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
   MICHAEL GEORGE SCHWENTNER and:       CHAPTER 13
   JOY N. SCHWENTNER,              :
                                    :
           Debtors                  :   BKRTCY. NO. 16-11037 REF
```

**STIPULATION AND AGREED ORDER RE: PROOFS OF CLAIM NUMBERED 5 AND 6 FILED BY AMERISERV FINANCIAL BANK**

The Debtors and Ameriserv Financial Bank, by and through their attorneys, request the Court to enter this Agreed Order with respect to the treatment of Proofs of Claim numbered 5 and 6 filed by Ameriserv Financial Bank, and agree as follows:

1.  Debtors are Michael and Joy Schwentner, residing at 4285 Scheidy's Road, Whitehall, Lehigh County, Pennsylvania 18052.

2.  Claimant is Ameriserv Financial Bank ("AFB"), with an address of 216 Franklin Street, Johnstown, Pennsylvania, 15901-1911. AFB is represented in this case by Grenen & Birsic, One Gateway Center, 9th Floor, Pittsburgh, PA 15222.

3.  Debtors filed a Voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.*, to the above term and number.

4.  This Court has jurisdiction over this proceeding

pursuant to 28 U.S.C. §§157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

5.   In March, 2016, Debtors filed a Motion to Value Real Estate with respect to their residential real estate on Scheidys Road in Whitehall, PA, and served all mortgagees and lien creditors.  Only Embassy Bank filed a responsive pleading.

6.   That Motion was concluded with the entry of an Agreed Order dated May 18, 2016, valuing the Debtors' Scheidys Road property at $300,000.

7.   The Debtors' Scheidys Road property is subject to a first mortgage in favor of US Bank/SPS in the amount of $304,648.33 (see POC #14) and two junior mortgages as well.

8.   AFB has filed two Proofs of Claim in this case:

   a.   POC #5, amount: $116.246.13: This claim is filed as secured based on a filed complaint to confess judgment in Lehigh County, which judgment was granted and entered on November 7, 2014 to No. 2014-N-1240; and

   b.   POC #6, amount: $28,521.76: This claim is filed as secured based on a filed complaint to confess judgment in Lehigh County, which judgment was granted and entered on November 7, 2014 to No. 2014-N-1239.

9.   The parties agree that as of the time of the filing of this Agreed Order that the Debtors' residence has a fair market

value of $300,000.00.

10. The first mortgage debt with US Bank/SPS exceeds the current fair market value of the Scheidys Road property.

11. Similarly, with respect to Debtors' other real estate in Lehigh County, that is, 1065 3rd Street, Whitehall, PA, the value of the existing mortgages in favor of Bank Of America ($82,155.62) and Embassy Bank ($250,000) greatly exceed the value of the 3rd Street property.

12. Accordingly, there is no equity in any property in Lehigh County to which the judicial liens can attach, and the AFB Proofs of Claim are capable of resolution in the fashion agreed to in this Agreed Order.

13. Pursuant to 11 U.S.C. §506(a), AFB has a secured claim only to the extent of the value of the collateral, and any prior liens must be deducted from the fair market value of the collateral in computing the amount of the putative secured creditor's allowed claim.

14. The junior judicial liens of AFB are completely unsecured, and therefore avoidable.

15. AFB agrees to amend POC's numbered 5 and 6 to general, unsecured claims and, as such, will be entitled to disbursement from the Trustee along with other such creditors.

16. AFB agrees to release its liens against Debtors' real

estate upon the completion of Debtors' case and entry of a Discharge Order by this Court, by filing a Praecipe to Satisfy Judgment for both judicial liens referred to herein, that is, Lehigh County Nos. 2014-N-1239 and 2014-N-1240, once the case is concluded and a Discharge Order has been filed in this case discharging the Debtors from their debts.

17. In accordance with Section 349(b)(1)(B), 11 U.S.C. Section 349(b)(1)(B), which provides that dismissal of this case reinstates any lien avoided under Section 522, AFB shall not be obligated to satisfy the AFB judicial liens in the event that Debtors' case is dismissed.

18. Having been fully informed of the terms of this Stipulation and Agreed Order, and having been advised by counsel, the parties request the Court to enter this Agreed Order. The parties authorize the Court to act upon their facsimile signatures or e-signatures if affixed hereto.

19. The Court shall retain jurisdiction to the extent necessary to enforce this Agreement and Order.

20. In the event that AFB fails or refuses to satisfy its judgments under the conditions contained herein, this Agreed Order specifically authorizes counsel for Debtor to file a certified copy of this Order along with a Praecipe to Satisfy in

the Lehigh County public records, after first providing 20 days' written notice to AFB and its counsel.

|  |  |
|---|---|
| | **LAW OFFICES OF**<br>**KEVIN K. KERCHER, ESQUIRE, P.C.** |
| Date: 10/24/2016 | /s/ Kevin K. Kercher<br>Kevin K. Kercher, Esquire<br>881 Third Street, Suite #C-2<br>Whitehall, PA 18052<br>**Attorney for Debtors** |
| | **AMERISERV FINANCIAL BANK** |
| Date: 10/21/16 | By: /s/ Bruce A. Mabon<br>Bruce A. Mabon, Vice President<br>216 Franklin St.<br>Johnstown, PA 15901-1911 |
| | **GRENEN & BIRSIC** |
| Date: 10/24/16 | /s/ Brian Kile<br>Maureen Dowd, Esq.<br>Brian Kile, Esq.<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222<br>**Attorneys for Ameriserv Financial Bank** |

**Date: October 25, 2016**

**IT IS SO ORDERED:**

**RICHARD E. FEHLING, U.S.B.J.**