IN THE MATTER OF:                     Case No.:  16-11037 REF
                                       Petition filed:  2/18/2016
**Michael Schwentner and**             Monthly Report No.: _____
**Joy Schwentner**

DEBTOR IN POSSESSION                   Month Ended: 02/2017

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

### CHAPTER 13 MONTHLY OPERATING REPORT FOR INDIVIDUALS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)

    $11,437.59

2. Receipts during Report Period:

    a.  Rent -  1065 3rd St 1st Fl. -         $970
             -  1065 3rd St 2nd Fl. -         $825
             -  329 N Lumber St. -                      $0
             -  3705 Tchulahoma Rd. -                   $775
             -  4639 Neely Rd. -                        $770

        TOTAL RECEIPTS -                                $3,340

3. Disbursements:

    a.  Taxes-City -  1065 3rd St. -               $0
                   -  329 N Lumber St.                  $0
                   -  3705 Tchulahoma Rd.               $0
                   -  4639 Neely Rd.                    $0

    b.  Taxes-County -  1065 3rd St.               $0
                     -  329 N Lumber St.                $0
                     -  3705 Tchulahoma Rd.             $706.85
                     -  4639 Neely Rd.                  $768.03

    c.  Taxes-School district -  1065 3rd St.      $0

|   |   |   |   |
|---|---|---|---|
|   |   | - 329 N Lumber St. | $0 |
|   |   | - 3705 Tchulahoma Rd. | $0 |
|   |   | - 4639 Neely Rd. | $0 |
| d. | Mortgage | - 1065 3rd St. - | $325.20 |
|   |   | - 329 N Lumber St - | $261.00 |
|   |   | - 3705 Tchulahoma Rd. - | $260.34 |
|   |   | - 4639 Neely Rd. | $372.67 |
| e. | Insurance - | 1065 3rd St. - | $0 |
|   |   | - 329 N Lumber St. - | $0 |
|   |   | - 3705 Tchulahoma Rd. | $0 |
|   |   | - 4639 Neely Rd | $0 |
| f. | Water/sewer | - 1065 3rd St. - | $135.84 |
|   |   | - 329 N Lumber St. | $0 |
|   |   | - 3705 Tchulahoma Rd. | $0 |
|   |   | - 4639 Neely Rd | $0 |
| g. | Utilities | - 1065 3rd St. - | $310.68 |
|   |   | - 329 N Lumber St. | $0 |
|   |   | - 3705 Tchulahoma Rd. | $1.00 |
|   |   | - 4639 Neely Rd - | $2.50 |
| h. | Maint./Repairs | - 1065 3rd St. | $0 |
|   |   | - 329 N Lumber St. - | $0 |
|   |   | - 3705 Tchulahoma Rd. | $0 |
|   |   | - 4639 Neely Rd. - | $0 |
| i. | Management Fees - | 3705 Tchulahoma Rd - | $63.60 |
|   |   | - 4639 Neely Rd - | $60.00 |

TOTAL DISBURSEMENTS -                                    $3,267.71

4.   Balance at end of reporting period [ (1 + 2) - 3]        $11,509.88

5.   Are you paying all of your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6.   Is all insurance paid up-to-date? Yes

Debtor in Possession Checking Account(s): N/A

    Name, Location and Account Number(s)
    Branch:

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT

_____  DATE  3/19/17
**Joy Schwentner**

_____  DATE  3/18/17
**Michael Schwentner**

    Describe:
    Branch:

Schedule A
3(d) Other: