## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-11037 REF |
|    Michael George Schwenter and Joy N. Schwentner | : Chapter 13 |
| | : |
| | : |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 c/o Select Portfolio Servicing, Inc. | : |
| | : |
| | : |
| | : |
| | : |
| | : |
|                 Movant | : |
| | : |
|       vs. | : |
| | : |
| Michael George Schwenter and Joy N. Schwentner | : |
|            Debtors/Respondents | : |
| | : |
|      and | : |
| | : |
| Frederick L. Reigle, Esquire | : |
|           Trustee/Respondent | : |

## ORDER

AND NOW, upon the consideration of the Motion to Approve Trial Loan Modification, no objections having been filed after notice, and finding good cause to grant said Motion, it is hereby ORDERED and DECREED that Motion is GRANTED, and the Debtors are authorized to enter into the Trial Loan Modification transaction as set forth in the Motion with Movant, U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 c/o Select Portfolio Servicing, Inc., with respect to the property located at 4285 Scheidys Road, Whitehall, PA 18052.

**Date: May 1, 2017**

_____
Honorable Richard E. Fehling
U.S. Bankruptcy Judge