United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael George Schwentner
Joy N. Schwentner
       Debtors

Case No. 16-11037-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: May 01, 2017
                       Form ID: pdf900      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.
```
db/jdb         Michael George Schwentner,    Joy N. Schwentner,    4285 Scheidys Road,
                 Whitehall, PA 18052-1918
cr            +Bank Of America, N.A., et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr            +Embassy Bank for the Lehigh Valley,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,
                 7535 Windsor Drive,    Suite 200,    Allentown, PA 18195-1042
cr             Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: assignedrisk@ameriserv.com May 02 2017 03:29:39      Ameriserv Financial Bank,
                 P O Box 520,    Johnstown, PA  15907-0520
cr             E-mail/PDF: gecsedi@recoverycorp.com May 02 2017 03:32:03      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:
```
              BRIAN M. KILE    on behalf of Creditor    Ameriserv Financial Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank National Association et al debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JACK M. SEITZ    on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Michael George Schwenter and Joy N. Schwentner | : Bankruptcy No. 16-11037 REF<br>: Chapter 13<br>:<br>: |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 c/o Select Portfolio Servicing, Inc. | :<br>:<br>:<br>:<br>:<br>: |
|         Movant | :<br>: |
|     vs. | :<br>: |
| Michael George Schwenter and Joy N. Schwentner<br>       Debtors/Respondents | :<br>:<br>:<br>: |
|    and | :<br>: |
| Frederick L. Reigle, Esquire<br>       Trustee/Respondent | :<br>: |

**ORDER**

AND NOW, upon the consideration of the Motion to Approve Trial Loan Modification, no objections having been filed after notice, and finding good cause to grant said Motion, it is hereby ORDERED and DECREED that Motion is GRANTED, and the Debtors are authorized to enter into the Trial Loan Modification transaction as set forth in the Motion with Movant, U.S. Bank National Association, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 c/o Select Portfolio Servicing, Inc., with respect to the property located at 4285 Scheidys Road, Whitehall, PA 18052.

**Date: May 1, 2017**

_____
Honorable Richard E. Fehling
U.S. Bankruptcy Judge