**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL GEORGE SCHWENTNER and | : | CHAPTER 13 |
| JOY N. SCHWENTNER, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 16-11037 REF |

**ORDER RE: DEBTORS' MOTION TO AUTHORIZE POST-PETITION FINANCING IN THE FORM OF A MORTGAGE MODIFICATION OF FIRST MORTGAGE**

AND NOW, upon consideration of the Motion of Debtors for Authorization for Post-Petition Financing Pursuant to Section 364 in the form of a modification of their first mortgage,

IT IS **ORDERED** AS FOLLOWS:

    a.   That the Motion is **GRANTED and APPROVED**;

    b.   That Debtors are authorized to enter into and complete the modification of their mortgage with U.S. Bank and Select Portfolio Servicing, Inc. upon the terms contained in the Motion and the Lien Modification Agreement attached to the Motion; and

    c.   That Debtors and U.S. Bank and/or Select Portfolio Servicing, Inc. are authorized to supply and execute any additional documents necessary to consummate the modification; and

    d.   Debtors and U.S. Bank and/or Select Portfolio Servicing, Inc. are directed to abide by the terms of the Lien Modification Agreement in accordance with state law.

Nothing in this Order shall affect the existing lien priority of Debtors' mortgages, and, in fact, the first priority of the U.S. Bank mortgage is confirmed.

BY THE COURT:

**Date: August 21, 2017**

**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**