UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **MICHAEL GEORGE SCHWENTNER** and | : CHAPTER 13 |
| **JOY N. SCHWENTNER,** | : |
| | : |
| Debtors | : BKRTCY. NO. 16-11037 REF |

**ORDER**

AND NOW, upon consideration of the Stipulation Between Debtors and Embassy Bank re: Treatment of Mortgages and Claims and Resolving Objection to Confirmation, attached hereto,

The Stipulation be and is hereby APPROVED, and is made an ORDER of this Court.

**Date: September 20, 2017**

BY THE COURT:

_____
**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**