United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11037-ref
Michael George Schwentner                                          Chapter 13
Joy N. Schwentner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Sep 20, 2017
                             Form ID: pdf900       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db/jdb      Michael George Schwentner,   Joy N. Schwentner,   4285 Scheidys Road,
            Whitehall, PA 18052-1918
cr          +Bank Of America, N.A., et al,   c/o PROBER & RAPHAEL, A LAW CORPORATION,
            20750 Ventura Boulevard, Suite 100,  Woodland Hills, CA 91364-6207
cr          +Embassy Bank for the Lehigh Valley,   c/o Jack M. Seitz, Esquire,  Lesavoy Butz & Seitz LLC,
            7535 Windsor Drive,   Suite 200,   Allentown, PA 18195-1042
cr          Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: assignedrisk@ameriserv.com Sep 21 2017 01:40:22   Ameriserv Financial Bank,
            P O Box 520,   Johnstown, PA  15907-0520
cr          E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 01:37:25   Synchrony Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
            Miami, FL  33131-1605
                                                                        TOTAL: 2

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          BANK OF AMERICA, N.A.
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
            BRIAN M. KILE    on behalf of Creditor   Ameriserv Financial Bank bkile@grenenbirsic.com,
            mcupec@grenenbirsic.com
            DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
            for U.S. Bank National Association et al debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
            FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
            JACK M. SEITZ    on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
            sblake@lesavoybutz.com
            JOSEPH ANGEO DESSOYE    on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            KEVIN K. KERCHER    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com
            KEVIN K. KERCHER    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com
            KEVIN K. KERCHER    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com
            KEVIN K. KERCHER    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :
                                          :
    **MICHAEL GEORGE SCHWENTNER and** :        CHAPTER 13
    **JOY N. SCHWENTNER,**               :
                                          :
            **Debtors**                   :        BKRTCY. NO. 16-11037 REF

## ORDER

AND NOW, upon consideration of the Stipulation Between Debtors and Embassy Bank re: Treatment of Mortgages and Claims and Resolving Objection to Confirmation, attached hereto,

The Stipulation be and is hereby APPROVED, and is made an ORDER of this Court.

BY THE COURT:

**Date: September 20, 2017**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**