### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| MICHAEL GEORGE SCHWENTNER and | ) | Bankruptcy No. 16-11037-ref |
| JOY N. SCHWENTNER, | ) | |
| | ) | |
| **Debtors** | ) | |

### PRAECIPE TO WITHDRAW PROOF OF CLAIM #10
### FILED BY EMBASSY BANK FOR THE LEHIGH VALLEY

Embassy Bank for the Lehigh Valley hereby withdraws Claim #10 filed on July 1, 2016 for $21,486.72.

Date: October 12, 2017                                                              */s/Jack M. Seitz*
                                                                                                    Jack M. Seitz, Esquire