# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL GEORGE SCHWENTNER and | : | CHAPTER 13 |
| JOY N. SCHWENTNER, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 16-11037 REF |

### ORDER

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Kevin K. Kercher, Esquire, Attorney for Debtors in the total amount of $14,475.00 in compensation and $434.95 in expenses is HEREBY APPROVED.

**Date: November 1, 2017**

BY THE COURT:

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE