United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael George Schwentner
Joy N. Schwentner
    Debtors

Case No. 16-11037-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 07, 2019
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
13761330       +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
         BRIAN M. KILE     on behalf of Creditor    Ameriserv Financial Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
           for U.S. Bank National Association et al debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
         JACK M. SEITZ     on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
           sblake@lesavoybutz.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         KEVIN K. KERCHER     on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
         KEVIN K. KERCHER     on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
         KEVIN K. KERCHER     on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
         KEVIN K. KERCHER     on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
         LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
         ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,    ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
         THOMAS I. PULEO     on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG     on behalf of Creditor     LOANCARE, LLC paeb@fedphe.com
         THOMAS YOUNG.HAE SONG     on behalf of Creditor     LoanCare, LLC paeb@fedphe.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11037-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael George Schwentner
4285 Scheidys Road
Whitehall PA 18052-1918

Joy N. Schwentner
4285 Scheidys Road
Whitehall PA 18052-1918

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/31/2019.

Name and Address of Alleged Transferor(s):

Claim No. 11: Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/09/19

Tim McGrath
**CLERK OF THE COURT**