**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| IN RE: | : | |
| **MICHAEL GEORGE SCHWENTNER** | : | BK. No. 16-11037-elf |
| **A/K/A MICHAEL G SCHWENTNER** | : | |
| **JOY N. SCHWENTNER** | : | Chapter No. 13 |
| **Debtors** | : | |
| | : | |
| **LOANCARE, LLC** | : | |
| **Movant** | : | |
| v. | : | 11 U.S.C. §362 |
| **MICHAEL GEORGE SCHWENTNER** | : | |
| **A/K/A MICHAEL G SCHWENTNER** | : | |
| **JOY N. SCHWENTNER** | : | |
| **Respondents** | : | |

**CERTIFICATION OF NO ANSWER**

I counsel for the Movant, hereby certify that no answer has been served or filed to the Motion for Relief and that a Default Order may be entered granting the Movant relief from the automatic stay.

Date: December 10, 2019         /s/ Thomas Song, Esquire
                                 Thomas Song, Esq., Id. No. 89834
                                 Phelan Hallinan Diamond & Jones, LLP
                                 1617 JFK Boulevard, Suite 1400
                                 Philadelphia, PA 19103
                                 Phone Number: 215-563-7000 Ext 31387
                                 Fax Number: 215-568-7616
                                 Email: Thomas.song@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| IN RE: | : | |
| **MICHAEL GEORGE SCHWENTNER** | : | **BK. No. 16-11037-elf** |
| **A/K/A MICHAEL G SCHWENTNER** | : | |
| **JOY N. SCHWENTNER** | : | **Chapter No. 13** |
| **Debtors** | : | |
| | : | |
| **LOANCARE, LLC** | : | |
| **Movant** | : | |
| v. | : | **11 U.S.C. §362** |
| **MICHAEL GEORGE SCHWENTNER** | : | |
| **A/K/A MICHAEL G SCHWENTNER** | : | |
| **JOY N. SCHWENTNER** | : | |
| **Respondents** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/10/2019, I caused to be mailed a true and correct copy of the Certificate of No Answer to the interested parties listed below by First Class Mail or by electronic means.

SCOTT WATERMAN, ESQUIRE (TRUSTEE)
2901 ST LAWRENCE AVE, SUITE 100
READING, PA 19606

KEVIN KARL KERCHER, ESQUIRE
881 THIRD STREET, SUITE C-2
WHITEHALL, PA 18052

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JOY N. SCHWENTNER
4285 SCHEIDYS ROAD
WHITEHALL, PA 18052-1918

MICHAEL G. SCHWENTNER
4285 SCHEIDYS ROAD
WHITEHALL, PA 18052-1918

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No. 89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.song@phelanhallinan.com

12/10/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL GEORGE SCHWENTNER | : | BK. No. 16-11037-elf |
| A/K/A MICHAEL G SCHWENTNER | : | |
| JOY N. SCHWENTNER | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| LOANCARE, LLC | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| MICHAEL GEORGE SCHWENTNER | : | |
| A/K/A MICHAEL G SCHWENTNER | : | |
| JOY N. SCHWENTNER | : | |
| Respondents | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this         day of                    , 2019, at **READING**, upon Motion of **LOANCARE, LLC** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4639 NEELY ROAD, MEMPHIS, TN 38109 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Deed of Trust of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Deed of Trust; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LOANCARE, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ERIC L. FRANK, BANKRUPTCY JUDGE

| | |
|---|---|
| SCOTT F. WATERMAN (CHAPTER 13)<br>CHAPTER 13 TRUSTEE<br>2901 ST. LAWRENCE AVE.<br>SUITE 100<br>READING, PA 19606 | JOY N. SCHWENTNER<br>4285 SCHEIDYS ROAD<br>WHITEHALL, PA 18052-1918<br><br>MICHAEL GEORGE SCHWENTNER<br>4285 SCHEIDYS ROAD<br>WHITEHALL, PA 18052-1918 |
| KEVIN K. KERCHER<br>LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC<br>881 THIRD STREET<br>SUITE C-2<br>WHITEHALL, PA 18052 | JOY N. SCHWENTNER<br>4639 NEELY ROAD<br>MEMPHIS, TN 38109<br><br>MICHAEL GEORGE SCHWENTNER<br>4639 NEELY ROAD<br>MEMPHIS, TN 38109 |
| UNITED STATES TRUSTEE<br>200 CHESTNUT STREET, SUITE 502<br>PHILADELPHIA, PA 19106 | |