# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **MICHAEL GEORGE SCHWENTNER** and | :   CHAPTER 13 |
| **JOY N. SCHWENTNER**, | : |
| | : |
| Debtors | :   BKRTCY. NO. 16-11037 **elf** |

### ORDER ON DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtor to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED**, and it is

FURTHER **ORDERED** that Debtor's Third Amended Chapter 13 Plan (Post-Confirmation), Doc. 102, is **APPROVED**.

Date: 12/20/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**