## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| **IN RE:** | : | |
| **MICHAEL GEORGE SCHWENTNER** | : | **BK. No. 16-11037-elf** |
| **A/K/A MICHAEL G SCHWENTNER** | : | |
| **JOY N. SCHWENTNER** | : | **Chapter No. 13** |
| **Debtors** | : | |
| | : | |
| **LOANCARE, LLC** | : | |
| **Movant** | : | |
| v. | : | **11 U.S.C. §362** |
| **MICHAEL GEORGE SCHWENTNER** | : | |
| **A/K/A MICHAEL G SCHWENTNER** | : | |
| **JOY N. SCHWENTNER** | : | |
| **Respondents** | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 20th day of December, 2019, at **READING**, upon Motion of **LOANCARE, LLC** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4639 NEELY ROAD, MEMPHIS, TN 38109(hereinafter the Premises) (as more fully set forth in the legal description attached to the Deed of Trust of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Deed of Trust; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LOANCARE, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

| | |
|---|---|
| SCOTT F. WATERMAN (CHAPTER 13)<br>CHAPTER 13 TRUSTEE<br>2901 ST. LAWRENCE AVE.<br>SUITE 100<br>READING, PA 19606 | JOY N. SCHWENTNER<br>4285 SCHEIDYS ROAD<br>WHITEHALL, PA 18052-1918 |
| | MICHAEL GEORGE SCHWENTNER<br>A/K/A MICHAEL G SCHWENTNER<br>4285 SCHEIDYS ROAD<br>WHITEHALL, PA 18052-1918 |
| KEVIN K. KERCHER<br>LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC<br>881 THIRD STREET<br>SUITE C-2<br>WHITEHALL, PA 18052 | JOY N. SCHWENTNER<br>4639 NEELY ROAD<br>MEMPHIS, TN 38109 |
| UNITED STATES TRUSTEE<br>200 CHESTNUT STREET, SUITE 502<br>PHILADELPHIA, PA 19106 | MICHAEL GEORGE SCHWENTNER<br>A/K/A MICHAEL G SCHWENTNER<br>4639 NEELY ROAD<br>MEMPHIS, TN 38109 |