United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-11037-elf
Michael George Schwentner,                                                      Chapter 13
Joy N. Schwentner,
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: John          Page 1 of 2          Date Rcvd: Dec 20, 2019
                              Form ID: pdf900     Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db/jdb      Michael George Schwentner,    Joy N. Schwentner,    4285 Scheidys Road,
            Whitehall, PA 18052-1918
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
            Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr         +Bank Of America, N.A., et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
            20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr         #+Embassy Bank for the Lehigh Valley,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,
            7535 Windsor Drive,    Suite 200,    Allentown, PA 18195-1042
cr          Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
cr         +MEB Loan Trust IV,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:08:08
            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2019 03:08:26    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: assignedrisk@ameriserv.com Dec 21 2019 03:08:27    Ameriserv Financial Bank,
            P O Box 520,    Johnstown, PA  15907-0520
cr          E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:14:34    Synchrony Bank,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
            Miami, FL  33131-1605
                                                                                    TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          BANK OF AMERICA, N.A.
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*         BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL  33631-3785
cr*         BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL  33631-3785
cr*        +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
                                                                        TOTALS: 1, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-4          User: John                    Page 2 of 2                Date Rcvd: Dec 20, 2019
                             Form ID: pdf900               Total Noticed: 16

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
>           BRIAN M. KILE    on behalf of Creditor    Ameriserv Financial Bank bkile@grenenbirsic.com,
>           mcupec@grenenbirsic.com
>           DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
>           for U.S. Bank National Association et al debersole@hoflawgroup.com, pfranz@hoflawgroup.com
>           FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
>           ecf_frpa@trustee13.com
>           JACK M. SEITZ    on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
>           sblake@lesavoybutz.com
>           JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
>           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
>           bkgroup@kmllawgroup.com
>           KEVIN K. KERCHER    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com,
>           kevin@kercherlaw.com
>           KEVIN K. KERCHER    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com,
>           kevin@kercherlaw.com
>           KEVIN K. KERCHER    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com,
>           kevin@kercherlaw.com
>           KEVIN K. KERCHER    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com,
>           kevin@kercherlaw.com
>           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
>           ecf_frpa@trustee13.com
>           MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
>           ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
>           ecfmail@readingch13.com
>           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
>           THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
>           bkgroup@kmllawgroup.com
>           THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANCARE, LLC paeb@fedphe.com
>           THOMAS YOUNG.HAE SONG    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
>           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
>                                                                              TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **MICHAEL GEORGE SCHWENTNER and** | : | **CHAPTER 13** |
| **JOY N. SCHWENTNER,** | : | |
| | : | |
| **Debtors** | : | **BKRTCY. NO. 16-11037 elf** |

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN POST-CONFIRMATION

AND NOW, upon consideration of the Motion of Debtor to Modify Plan Post-Confirmation,

IT IS **ORDERED** that the Motion is **GRANTED**, and it is

FURTHER **ORDERED** that Debtor's Third Amended Chapter 13 Plan (Post-Confirmation), Doc. 102, is **APPROVED**.

Date: 12/20/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**