United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-11037-elf
Michael George Schwentner                                                   Chapter 13
Joy N. Schwentner
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 2          Date Rcvd: Dec 20, 2019
                             Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db/jdb        Michael George Schwentner,    Joy N. Schwentner,    4285 Scheidys Road,
              Whitehall, PA 18052-1918
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr           +Bank Of America, N.A., et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
              20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr           #+Embassy Bank for the Lehigh Valley,    c/o Jack M. Seitz, Esquire,    Lesavoy Butz & Seitz LLC,
              7535 Windsor Drive,    Suite 200,    Allentown, PA 18195-1042
cr            Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr           +MEB Loan Trust IV,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr           +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14333444      LOANCARE, LLC,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
              One Penn Center Plaza,    Philadelphia, PA 19103
14333456     +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach, VA 23450-8068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:08:12
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2019 03:08:27    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/Text: assignedrisk@ameriserv.com Dec 21 2019 03:08:27    Ameriserv Financial Bank,
              P O Box 520,    Johnstown, PA  15907-0520
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2019 03:13:52    Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
                                                                                      TOTAL: 4


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*           BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL 33631-3785
cr*          +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
                                                                          TOTALS: 1, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                              Signature:   /s/Joseph Speetjens

District/off: 0313-4          User: John                Page 2 of 2              Date Rcvd: Dec 20, 2019
                             Form ID: pdf900           Total Noticed: 18

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
          BRIAN M. KILE    on behalf of Creditor    Ameriserv Financial Bank bkile@grenenbirsic.com,
          mcupec@grenenbirsic.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
          for U.S. Bank National Association et al debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          JACK M. SEITZ    on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
          sblake@lesavoybutz.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          KEVIN K. KERCHER    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com,
          kevin@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com,
          kevin@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com,
          kevin@kercherlaw.com
          KEVIN K. KERCHER    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com,
          kevin@kercherlaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANCARE, LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 18

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL GEORGE SCHWENTNER | : | BK. No. 16-11037-elf |
| A/K/A MICHAEL G SCHWENTNER | : | |
| JOY N. SCHWENTNER | : | Chapter No. 13 |
|     Debtors | : | |
| | : | |
| LOANCARE, LLC | : | |
|     Movant | : | |
| v. | : | 11 U.S.C. §362 |
| MICHAEL GEORGE SCHWENTNER | : | |
| A/K/A MICHAEL G SCHWENTNER | : | |
| JOY N. SCHWENTNER | : | |
|     Respondents | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this  20th    day of   December        , 2019, at **READING**, upon Motion of **LOANCARE, LLC** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4639 NEELY ROAD, MEMPHIS, TN 38109(hereinafter the Premises) (as more fully set forth in the legal description attached to the Deed of Trust of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Deed of Trust; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LOANCARE, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

    Order entered by default.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

KEVIN K. KERCHER
LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC
881 THIRD STREET
SUITE C-2
WHITEHALL, PA 18052

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

JOY N. SCHWENTNER
4285 SCHEIDYS ROAD
WHITEHALL, PA 18052-1918

MICHAEL GEORGE SCHWENTNER
A/K/A MICHAEL G SCHWENTNER
4285 SCHEIDYS ROAD
WHITEHALL, PA 18052-1918

JOY N. SCHWENTNER
4639 NEELY ROAD
MEMPHIS, TN 38109

MICHAEL GEORGE SCHWENTNER
A/K/A MICHAEL G SCHWENTNER
4639 NEELY ROAD
MEMPHIS, TN 38109