20-0119

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael George Schwentner<br>Joy N. Schwentner<br>　　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  16-11037 ELF |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of AJAX MORTGAGE LOAN TRUST  2019-H, MORTGAGE-BACKED SECURITIES, SERIES 2019-H, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

　　　　　　　　　　　　　　　　POWERS KIRN, LLC

　　　　　　　　　　　　　　By:  **/s/ Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　Telephone: 215-942-2090