United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11037-elf
Michael George Schwentner                                                 Chapter 13
Joy N. Schwentner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 1          Date Rcvd: Feb 18, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
13773054       BANK OF AMERICA, N.A.,    Bank of America,   PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              BRIAN M. KILE    on behalf of Creditor    Ameriserv Financial Bank bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer
               for U.S. Bank National Association et al debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JACK M. SEITZ    on behalf of Creditor    Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com,
               sblake@lesavoybutz.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    AJAX MORTGAGE LOAN TRUST ET SEQ
               bankruptcy@powerskirn.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              KEVIN K. KERCHER    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SARAH K. MCCAFFERY    on behalf of Creditor    AJAX MORTGAGE LOAN TRUST ET SEQ
               bankruptcy@powerskirn.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LOANCARE, LLC paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 20

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11037-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael George Schwentner
4285 Scheidys Road
Whitehall PA 18052-1918

Joy N. Schwentner
4285 Scheidys Road
Whitehall PA 18052-1918

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

AJAX MORTGAGE LOAN TRUST ETAL
P.O. BOX 742334
LOS ANGELES, CA 90074

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/20/20

Tim McGrath
**CLERK OF THE COURT**