| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 16-11037-PMM

MICHAEL GEORGE SCHWENTNER
JOY N. SCHWENTNER
4285 SCHEIDYS ROAD
WHITEHALL  PA   18052-1918

Petition Filed Date: 02/18/2016
341 Hearing Date: 05/10/2016
Confirmation Date: 10/19/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $300.00 | 71983111 | 02/21/2019 | $300.00 | 79796069 | 03/14/2019 | $300.00 | 87496559 |
| 04/17/2019 | $300.00 | 995344 | 05/16/2019 | $300.00 | 3963318 | 06/13/2019 | $300.00 | 39088666 |
| 07/17/2019 | $300.00 | 47148454 | 08/26/2019 | $300.00 | 54913946 | 09/20/2019 | $300.00 | 62833337 |
| 10/30/2019 | $300.00 | 71116268 | 11/14/2019 | $300.00 | 78261134 | 12/12/2019 | $300.00 | 86263944 |
| 01/14/2020 | $300.00 | 93654268 | 02/13/2020 | $300.00 | 1356964 | 03/11/2020 | $300.00 | 8565471 |
| 04/15/2020 | $300.00 | 16053936 | 06/11/2020 | $600.00 | 40960871 | | | |

**Total Receipts for the Period: $5,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,657.81**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,459.34 | $147.27 | $4,312.07 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $15,811.77 | $574.15 | $15,237.62 |
| 5 | AMERISERV FINANCIAL BANK<br>»» 005 | Unsecured Creditors | $116,246.13 | $4,220.89 | $112,025.24 |
| 6 | AMERISERV FINANCIAL BANK<br>»» 006 | Unsecured Creditors | $28,521.76 | $1,035.62 | $27,486.14 |
| 11 | SPECIALIZED LOAN SERVICING LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | GREGORY FUNDING LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | CCA FINANCIAL LLC<br>»» 001 | Unsecured Creditors | $16,626.17 | $603.70 | $16,022.47 |
| 8 | EMBASSY BANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | EMBASSY BANK<br>»» 009 | Unsecured Creditors | $15,035.04 | $545.94 | $14,489.10 |
| 7 | EMBASSY BANK<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EMBASSY BANK<br>»» 07U | Unsecured Creditors | $180,492.72 | $6,553.56 | $173,939.16 |
| 15 | LOANCARE SERVICING CENTER<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,829.08 | $64.04 | $1,765.04 |
| 14 | SELECT PORTFOLIO SERVICING INC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-11037-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 012 | Unsecured Creditors | $34,421.30 | $1,249.86 | $33,171.44 |
| 16 | KEVIN K KERCHER ESQ<br>»» 016 | Attorney Fees | $12,029.95 | $12,029.95 | $0.00 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,657.81 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $27,024.98 | Arrearages: | $300.00 |
| Paid to Trustee: | $2,615.81 | Total Plan Base: | $33,057.81 |
| Funds on Hand: | $1,017.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.