**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL GEORGE SCHWENTNER and | : | CHAPTER 13 |
| JOY N. SCHWENTNER, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 16-11037 pmm |

**NOTICE OF FILING OF SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR COUNSEL TO DEBTORS IN ACCORDANCE WITH F.R.B.P. 2002(a)(6), (c)(2) AND 2016(a) AND LOCAL BANKRUPTCY RULES 2016-1 and 2016-3**

**To the Debtors, U.S. Trustee, Chapter 13 Trustee, all Creditors and parties in interest, NOTICE is given that:**

    1. On or about February 3, 2021, Kevin K. Kercher, Esquire, counsel for Debtors, filed his Application for Compensation and Reimbursement of Expenses. A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

    2. Counsel for the Debtors has provided and will provide legal services to the Debtors including but not limited to conferences with the Debtors concerning modification of their Chapter 13 Plan, multiple revision pursuant to discussions with the Trustee, and review and advice regarding properties owned by the Debtors in Tennessee, all as detailed in the Exhibit attached to the Application.

    3. Counsel for the Debtor has requested fees in the amount of $1,725.00.

    4. Any creditor or party in interest may file an objection to the payment of the counsel fees with the Clerk, U.S. Bankruptcy Court, The Gateway, Suite 103, 201 Penn St., Reading, PA 19601, and file a copy on the attorney for the Debtor at the address listed below within twenty-one (21) days of the date set forth below.

    5. In the absence of any objection, the attorney for the Debtor will certify same to the Court and request that an Order be entered authorizing the payment of the fees.

Dated: 2/3/2021
**Counsel for Debtors**:
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2        By:    /s/ Kevin K. Kercher
Whitehall, PA 18052                   Kevin K. Kercher, Esquire
(610) 264-4120 - phone
(610) 264-2990 - fax