**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL GEORGE SCHWENTNER and | : | CHAPTER 13 |
| JOY N. SCHWENTNER, | : | |
| | : | |
| Debtors | : | BKRTCY. NO. 16-11037 pmm |

**ORDER**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtor (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,725.00. No expenses are requested or allowed.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, subject to the limitation below. This amount may be paid to counsel pursuant to the terms of the confirmed, modified Plan to the extent of $1,000 per the Plan.

Dated: 3/1/21

**BY THE COURT:**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**