United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-11037-pmm
Michael George Schwentner  Chapter 13
Joy N. Schwentner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Mar 02, 2021    Form ID: pdf900    Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael George Schwentner, Joy N. Schwentner, 4285 Scheidys Road, Whitehall, PA 18052-1918 |
| cr | + | AJAX MORTGAGE LOAN TRUST ET SEQ, c/o JILL MANUEL-COUGHLIN, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Bank Of America, N.A., et al, c/o PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | Embassy Bank for the Lehigh Valley, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 7535 Windsor Drive, Suite 200 Allentown, PA 18195-1014 |
| cr | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | MEB Loan Trust IV, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: assignedrisk@ameriserv.com | Mar 03 2021 02:48:00 | Ameriserv Financial Bank, P O Box 520, Johnstown, PA 15907-0520 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Mar 03 2021 02:39:39 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

**Name**     **Email Address**

BRIAN M. KILE
on behalf of Creditor Ameriserv Financial Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association et al dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

FREDERICK L. REIGLE
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JACK M. SEITZ
on behalf of Creditor Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com sblake@lesavoybutz.com

JILL MANUEL-COUGHLIN
on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

JOSHUA I. GOLDMAN
on behalf of Creditor BANK OF AMERICA N.A. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KEVIN K. KERCHER
on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

LISA MARIE CIOTTI
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
on behalf of Creditor LoanCare LLC wbecf@brockandscott.com, wbecf@brockandscott.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SARAH K. MCCAFFERY
on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS I. PULEO
on behalf of Creditor BANK OF AMERICA N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor LoanCare LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor LOANCARE LLC paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| MICHAEL GEORGE SCHWENTNER and | : CHAPTER 13 |
| JOY N. SCHWENTNER, | : |
| | : |
| Debtors | : BKRTCY. NO. 16-11037 pmm |

### ORDER

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtor (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,725.00. No expenses are requested or allowed.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, subject to the limitation below. This amount may be paid to counsel pursuant to the terms of the confirmed, modified Plan to the extent of $1,000 per the Plan.

Dated: 3/1/21

**BY THE COURT:**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**