United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 16-11037-pmm

Michael George Schwentner                                                     Chapter 13

Joy N. Schwentner

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                        Page 1 of 4

Date Rcvd: Jun 11, 2021                  Form ID: 138NEW                            Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael George Schwentner, Joy N. Schwentner, 4285 Scheidys Road, Whitehall, PA 18052-1918 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | AJAX MORTGAGE LOAN TRUST ET SEQ, c/o JILL MANUEL-COUGHLIN, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| cr | + | Embassy Bank for the Lehigh Valley, c/o Jack M. Seitz, Esquire, Lesavoy Butz & Seitz LLC, 7535 Windsor Drive, Suite 200 Allentown, PA 18195-1014 |
| cr | + | MEB Loan Trust IV, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14466575 | + | AJAX MORTGAGE LOAN TRUST ET SEQ., c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14467951 | + | AJAX MORTGAGE LOAN TRUST ETAL, P.O. BOX 742334, LOS ANGELES, CA 90074-2334 |
| 13694351 | | Ameriserv Financial Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 13773054 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 13679629 | | Bank Of America, PO Box 26249, Tampa, FL 33623-6249 |
| 13679628 | | Bank Of America, PO Box 31785, Tampa, FL 33631-3785 |
| 13747933 | + | Bank Of America, N.A., et al, c/o PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| 14444112 | + | Bank of America N.A., PO Box 15312, Wilm., DE 19850-5312 |
| 13761330 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 13680864 | + | Bank of America, N.A., c/o Joshua I. Goldman, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13841562 | + | Bank of America, N.A., c/o Jamie D. Hanawalt, 4375 Jutland Drive, Ste 200, P O Box 17933, San Diego, CA 92177-7921 |
| 13687925 | + | CCA Financial, LLC, 7275 Glen Forest Dr. Suite 100, Richmond, VA 23226-3779 |
| 13789130 | | DiTech Financial LLC, c/o Joseph A. Dessoye, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13773257 | | Ditech Financial LLC fka Green Tree Servicing LLC, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13679632 | | Embassy Bank, PO Box 20405, Lehigh Valley, PA 18002-0405 |
| 13697770 | + | Embassy Bank for the Lehigh Valley, c/o Jack M. Seitz, Esq, One Windsor Plaza, 7535 Windsor Dr., Ste 200, Allentown, PA 18195-1014 |
| 14008302 | + | Kevin K. Kercher, Esquire, 881 Third Street, Suite #C-2, Whitehall, PA 18052-5930 |
| 13780074 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14333444 | | LOANCARE, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14587423 | + | Law Office of Kevin K Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 13679635 | | Lehigh Valley Hospital, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14333456 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 13679636 | | Maureen A. Dowd, Esquire, Grenen & Birsic, P.C., 1 Gateway Ctr Fl 9, Pittsburgh, PA 15222 |
| 13679637 | | Russell Blackbourn, 935 NW Canyon Dr, Redmond, OR 97756-1424 |
| 13679639 | | SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 13679638 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14414073 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13773096 | + | U.S. Bank National Association et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13766736 | + | U.S. Bank National Association, Trustee (See 410), C/O Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13679631 | | ditech, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 41

District/off: 0313-4            User: admin            Page 2 of 4

Date Rcvd: Jun 11, 2021            Form ID: 138NEW            Total Noticed: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2021 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2021 01:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2021 01:38:28 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13679627 | | Email/Text: assignedrisk@ameriserv.com | Jun 12 2021 01:26:00 | AmeriServ Financial Bank, 216 Franklin St Fl 6, Johnstown, PA 15901-1911 |
| 13694350 | + | Email/Text: assignedrisk@ameriserv.com | Jun 12 2021 01:26:00 | Ameriserv Financial Bank, P O Box 520, Johnstown, PA 15907-0520 |
| 13679630 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 12 2021 01:38:29 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13679633 | | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2021 01:41:03 | JC Penney, PO Box 965009, Orlando, FL 32896-5009 |
| 13679634 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 12 2021 01:25:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 13731250 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2021 01:26:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 13704283 | | Email/PDF: rmscedi@recoverycorp.com | Jun 12 2021 01:38:32 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13679640 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2021 01:38:28 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | Ameriserv Financial Bank, P O Box 520, Johnstown, PA 15907-0520 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Bank Of America, N.A., et al, c/o PROBER & RAPHAEL, A LAW CORPORATION, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

District/off: 0313-4 | User: admin | Page 3 of 4

Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 52

13783122 * Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701

TOTAL: 1 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021

Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN M. KILE | on behalf of Creditor Ameriserv Financial Bank bkile@grenenbirsic.com  mcupec@grenenbirsic.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for U.S. Bank National Association et al dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JACK M. SEITZ | on behalf of Creditor Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com  sblake@lesavoybutz.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor BANK OF AMERICA  N.A. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor LoanCare  LLC wbecf@brockandscott.com, wbecf@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SARAH K. MCCAFFERY | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | |

District/off: 0313-4

User: admin

Page 4 of 4

Date Rcvd: Jun 11, 2021

Form ID: 138NEW

Total Noticed: 52

on behalf of Creditor BANK OF AMERICA  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor LoanCare  LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor LOANCARE  LLC paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Michael George Schwentner and Joy
N. Schwentner

          Debtor(s)

Bankruptcy No: 16−11037−pmm

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 6/11/21

131 − 130
Form 138_new
