United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11037-pmm |
| Michael George Schwentner | Chapter 13 |
| Joy N. Schwentner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2021 | Form ID: 212 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael George Schwentner, Joy N. Schwentner, 4285 Scheidys Road, Whitehall, PA 18052-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN M. KILE | on behalf of Creditor Ameriserv Financial Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association et al dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JACK M. SEITZ | on behalf of Creditor Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com sblake@lesavoybutz.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor BANK OF AMERICA N.A. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 212 | Total Noticed: 1 |

KEVIN K. KERCHER
    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LoanCare  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SARAH K. MCCAFFERY
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor BANK OF AMERICA  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LOANCARE  LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LoanCare  LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  
    Michael George Schwentner and Joy N. Schwentner  
Debtor(s)

Chapter: 13

Case No: 16−11037−pmm

___

*ORDER*

AND NOW, 6/11/21 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Patricia M. Mayer

Judge ,United States Bankruptcy Court

132  
Form 212