| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-11037-PMM**

MICHAEL GEORGE SCHWENTNER
JOY N. SCHWENTNER
4285 SCHEIDYS ROAD
WHITEHALL  PA  18052-1918

Petition Filed Date: 02/18/2016
341 Hearing Date: 05/10/2016
Confirmation Date: 10/19/2017

Case Status: Completed on 2/25/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $300.00 | 93654268 | 02/13/2020 | $300.00 | 1356964 | 03/11/2020 | $300.00 | 8565471 |
| 04/15/2020 | $300.00 | 16053936 | 06/11/2020 | $600.00 | 40960871 | 09/16/2020 | $900.00 | 46775867 |
| 10/07/2020 | $300.00 | 52394009 | 11/13/2020 | $300.00 | 59729738 | 12/08/2020 | $300.00 | 66591758 |
| 01/12/2021 | $300.00 | 73682351 | 02/25/2021 | $300.00 | 84374617 | | | |

**Total Receipts for the Period: $4,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,057.81**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $4,459.34 | $185.69 | $4,273.65 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $15,811.77 | $658.48 | $15,153.29 |
| 5 | AMERISERV FINANCIAL BANK<br>»» 005 | Unsecured Creditors | $116,246.13 | $4,840.84 | $111,405.29 |
| 6 | AMERISERV FINANCIAL BANK<br>»» 006 | Unsecured Creditors | $28,521.76 | $1,187.75 | $27,334.01 |
| 11 | SPECIALIZED LOAN SERVICING LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | GREGORY FUNDING LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | CCA FINANCIAL LLC<br>»» 001 | Unsecured Creditors | $16,626.17 | $692.37 | $15,933.80 |
| 8 | EMBASSY BANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | EMBASSY BANK<br>»» 009 | Unsecured Creditors | $15,035.04 | $626.15 | $14,408.89 |
| 7 | EMBASSY BANK<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | EMBASSY BANK<br>»» 07U | Unsecured Creditors | $180,492.72 | $7,516.17 | $172,976.55 |
| 15 | LOANCARE SERVICING CENTER<br>»» 015 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,829.08 | $76.16 | $1,752.92 |
| 14 | SELECT PORTFOLIO SERVICING INC<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 012 | Unsecured Creditors | $34,421.30 | $1,433.45 | $32,987.85 |

**Chapter 13 Case No. 16-11037-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | KEVIN K KERCHER ESQ<br>»» 016 | Attorney Fees | $12,029.95 | $12,029.95 | $0.00 |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $33,057.81 | | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $30,247.01 | | Arrearages: | $0.00 |
| Paid to Trustee: | $2,810.80 | | Total Plan Base: | $33,057.81 |
| Funds on Hand: | $0.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.