Certificate Number: 14424-PAE-DE-035750108

Bankruptcy Case Number: 16-11037



14424-PAE-DE-035750108

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2021, at 12:20 o'clock PM EDT, Joy N Schwentner completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 11, 2021              By:    /s/Edsie Lim

                                   Name:  Edsie Lim

                                   Title: Certified Personal Finance Counselor