Certificate Number: 14424-PAE-DE-035750100

Bankruptcy Case Number: 16-11037



14424-PAE-DE-035750100

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 11, 2021, at 12:20 o'clock PM EDT, Michael G Schwentner completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 11, 2021     By:  /s/Edsie Lim

Name:  Edsie Lim

Title:  Certified Personal Finance Counselor