**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| MICHAEL GEORGE SCHWENTNER and | : CHAPTER 13 |
| JOY N. SCHWENTNER, | : |
| | : |
| Debtors | : BKRTCY. NO. 16-11037 pmm |

**CHAPTER 13 DEBTORS' CERTIFICATIONS REGARDING**

**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.   Certification Regarding Domestic Support Obligations*

*(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**X**☐   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the*

*information below.*

My current address: _____
My current employer and my employer's address:
_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

**X**☐   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐   I have claimed an exemption in property pursuant to §

522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### *Part IV.    Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on:    7/2/2021                /s/ Michael Schwentner
                Date                    Debtor

Executed on:    7/2/2021                /s/ Joy Schwentner
                Date                    Debtor