United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11037-pmm |
| Michael George Schwentner | Chapter 13 |
| Joy N. Schwentner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2021 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael George Schwentner, Joy N. Schwentner, 4285 Scheidys Road, Whitehall, PA 18052-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2021                     Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN M. KILE | on behalf of Creditor Ameriserv Financial Bank bkile@grenenbirsic.com  mcupec@grenenbirsic.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. Bank National Association et al dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| JACK M. SEITZ | on behalf of Creditor Embassy Bank for the Lehigh Valley jseitz@lesavoybutz.com  sblake@lesavoybutz.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor BANK OF AMERICA  N.A. Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 23, 2021 | Form ID: 195 | Total Noticed: 1

KEVIN K. KERCHER
    on behalf of Plaintiff Joy N. Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Plaintiff Michael George Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Joint Debtor Joy N. Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

KEVIN K. KERCHER
    on behalf of Debtor Michael George Schwentner kevinkk@kercherlaw.com kevin@kercherlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LoanCare LLC wbecf@brockandscott.com, wbecf@brockandscott.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SARAH K. MCCAFFERY
    on behalf of Creditor AJAX MORTGAGE LOAN TRUST ET SEQ bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor BANK OF AMERICA N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LOANCARE LLC paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LoanCare LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Michael George Schwentner and Joy N. Schwentner                : Case No. 16−11037−pmm
       Debtor(s)

### *ORDER*
_____

AND NOW, this day , July 23, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                    By The Court

                    Patricia M. Mayer
                    Judge , United States Bankruptcy Court